AO 91 (Rev. 11/11) Criminal Complaint

| | | |
|---|---|---|
| AUSA: Tara Hindelang | | Telephone: (313) 226-9100 |
| Special Agent: Jesus Jiminez | | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Frank Bernard NORRIS-WHETSTONE

Case No.  Case: 2:24−mj−30351
Assigned To : Unassigned
Assign. Date : 8/19/2024
Description: RE: FRANK BERNARD
NORRIS−WHETSTONE (EOB)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 26, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent Jesus Jimenez - ATF
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __August 19, 2024__

_Judge's signature_

City and state: __Detroit, Michigan__

Honorable David R. Grand, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jesus I. Jimenez, being first duly sworn, hereby depose and state as follows:

## AGENT BACKGROUND

1. I am a Special Agent with the ATF and have been since May 2020. I have had extensive law enforcement training, including at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training. I also have an associate degree in criminal justice. Part of my duties are to investigate federal crimes involving firearm trafficking, street gangs, and narcotics offenses.

2. Prior to becoming a Special Agent with the ATF, I was a police officer with the Detroit Police Department (DPD) for approximately seven years. During my employment with DPD, I was assigned to multiple specialized units where I participated in numerous arrests and investigations.

3. This affidavit consists of information both from my personal knowledge and from other law enforcement officers. I have not included

1

every fact known to me concerning this investigation, but only the facts necessary to establish probable cause.

4. Probable cause exists that Frank Bernard NORRIS-WHETSTONE (XX/XX/XX87) violated 18 U.S.C. § 922 (g)(1) – possession of a firearm by a convicted felon.

## PROBABLE CAUSE

5. Around 6:30 p.m. on July 26, 2024, in the city of Detroit, in the Eastern District of Michigan, a Michigan State Police (MSP) Trooper stopped NORRIS-WHETSTONE who was violating state law by driving in between traffic lanes and with a cellular phone in one hand on Interstate-96 (I-96).

6. The Trooper activated their overhead lights while behind NORRIS-WHETSTONE's car. NORRIS-WHETSTONE merged off the I-96 interstate and came to a stop at Wyoming St and the I-96 service drive.

7. The Trooper spoke with NORRIS-WHETSTONE, who was the only person in car, and asked for a valid driver's license. NORRIS-WHETSTONE could not provide a license, so the Trooper asked him to step out of the vehicle and temporarily detained NORRIS-WHETSTONE in front of the Trooper's police vehicle.

8. During the stop, the Trooper asked NORRIS-WHETSTONE two times for consent to search his vehicle; NORRIS-WHETSTONE gave consent both times.

9. During the search of NORRIS-WHETSTONE's vehicle, the Trooper discovered a Glock, 21, .45 caliber, semi-automatic pistol and magazine with 8 live rounds. The firearm was in the open trunk-space of the car.

10. NORRIS-WHETSTONE was placed under arrest for being in possession of a concealed firearm without a license to carry concealed.

11. While waiting for prisoner processing at the Detroit Detention Center (DDC), NORRIS-WHETSTONE asked to make several phone calls. The Trooper agreed to assist him with those calls by using NORRIS-WHETSTONE's cellular phone and placing the calls on speaker phone.

12. NORRIS-WHETSTONE made two phone calls. During the calls, he said that he had been arrested and "they found the gun."

13. On August 16, 2024, Special Agent Matthew Tottten, an ATF interstate nexus expert, was provided with a description of the Glock, 21, .45 caliber pistol recovered from NORRIS-WHETSTONE's car. SA Totten advised that, based on his training and experience, the

3

description provided, without physically examining the firearm, the firearm was manufactured outside the State of Michigan, and thus had traveled in and affected interstate or foreign commerce

14. I reviewed a computerized criminal history and court records, which show that NORRIS-WHETSTONE was previously convicted and sentenced for the following offenses, each of which are punishable by more than one year of imprisonment:

- Weapons – Carrying Conceal - August 08, 2006 - 3rd Circuit Court for Wayne County, Michigan (Case No. 06-8245-01).
- Home Invasion 3rd Degree - February 12, 2019 - 3rd Circuit Court for Wayne County, Michigan (Case No. 18-009073-01).
- Weapons – Carrying Concealed - December 06, 2022 - 3rd Circuit Court for Wayne County, Michigan (Case No. 22-055300-01).
- Possession with Intent to Manufacture/Deliver Fentanyl - June 19, 2024 – North Central Judicial District Court, Ward County, North Dakota (Case No. 51-2024-CR-00424).

15. NORRIS-WHETSTONE was sentenced to one year in Wayne County Jail for his first carrying a concealed weapon conviction. He has also previously been charged with being a felon in possession of a firearm.

Therefore, at the time he possessed the firearm on July 26, 2024, he knew he had previously been convicted of an offense punishable by more than one year of imprisonment.

## CONCLUSION

11. Probable cause exists that on July 26, 2024, Frank Bernard NORRIS-WHETSTONE, knowing that he had previously been convicted of a crime punishable by more than one year of imprisonment, knowingly possessed a Glock, 21, .45 caliber, semi-automatic pistol, which travelled in or affected interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

_____
Jesus I. Jimenez, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. David R. Grand
United States Magistrate Judge

Dated:    August 19, 2024